**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MERY CAMILA CAHUENAS SILVA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-6313-RAO

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and this action is closed.

DATED: 11/7/2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE